THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT  59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
E-mail:  Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUL 2 4 2017

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE JOAQUIN COLUNGO JR.,<br><br>Defendant. | CR 17-90-BLG-SPW<br><br>INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count I)<br>Title 21 U.S.C. § 846<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
|---|---|

1

|  | **FORFEITURE**<br>**Title 21 U.S.C. § 853** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That from on or about September 2015, and continuing to on or about April 25, 2016, at Billings, in the State and District of Montana, the defendant, STEVE JOAQUIN COLUNGO JR., knowingly and unlawfully conspired with other persons, both known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about April 25, 2016, at Billings, in the State and District of Montana, the defendant, STEVE JOAQUIN COLUNGO JR., knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts I and II of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Title 21, the defendant, STEVE JOAQUIN COLUNGO JR., shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- $27,120.00 United States Currency
- Nissan Altima VIN: 1N4AL3AP0EN257488

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

///

///

///

///

///

        A TRUE BILL.

Foreperson Signature Redacted.

FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X_____
Bail: __none_____